USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL FUND MANAGEMENT S.A., *et al.*,

Plaintiffs,

vs.

CITIGROUP INC., *et al.*,

Defendants.

This document relates to:
No. 09 Civ. 8755 (SHS) & consolidated cases:
10 Civ. 7202, 10 Civ. 9325, 11 Civ. 314,
11 Civ. 4788, 11 Civ. 7138, 11 Civ. 8291, 12 Civ. 9050.

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, between plaintiffs International Fund Management S.A., Deka International S.A. Luxemburg, Deka Investment GmbH (on behalf of itself and as legal successor to Deka FundMaster Investmentgesellschaft mbH), Bayerninvest Kapitalanlagegesellschaft mbH, Hansainvest Hanseatische Investment-GmbH, Metzler Investment GmbH, Nord/LB Kapitalanlagegesellschaft AG, Internationale Kapitalanlagegesellschaft mbH, Swiss Life Investment Management Holding AG, LGT Funds SICAV (f/k/a LGT Funds AGmvK), Kepler-Fonds Kapitalanlagegesellschaft mbH, Norges Bank, Swiss & Global Asset Management AG, Swiss & Global Asset Management (Luxembourg) SA, Universal-Investment-Gesellschaft mbH, Münchener Rückversicherungs-Gesellschaft Aktiengesellschaft in München, MEAG MUNICH ERGO Kapitalanlagegesellschaft mbH, Salomon Melgen, Flor Melgen, SFM Holdings Limited Partnership, British Coal Staff Superannuation Scheme, Mineworkers' Pension Scheme and Stichting Pensioenfonds ABP, and defendants Citigroup Inc., Citigroup Global Markets Inc., Citigroup Capital XXI, Charles Prince, Vikram Pandit, Gary Crittenden, John C. Gerspach, Robert Druskin, Thomas G. Maheras, Michael Stuart Klein, Steven Freiberg, C. Michael Armstrong, Alain J.P. Belda, George David,

Kenneth T. Derr, John M. Deutch, Roberto Hernandez Ramirez, Andrew N. Liveris, Anne M. Mulcahy, Richard D. Parsons, Judith Rodin, Robert L. Ryan, Franklin A. Thomas, and Arthur H. Tildesley, Jr., that this action and all actions that were consolidated into this action by orders dated November 23, 2011 or December 2, 2011, are hereby dismissed in their entirety, with prejudice, with each party to bear his/her/its own fees and costs.

Dated: May 28, 2013                          GRANT & EISENHOFER P.A.

                                             _Megan D. McIntyre_
                                             Stuart M. Grant
                                             Megan D. McIntyre
                                             123 Justison Street
                                             Wilmington, DE 19801
                                             302-622-7000

                                             *Counsel for Plaintiffs*

Dated: May 30, 2013                          PAUL, WEISS, RIFKIND, WHARTON &
                                             GARRISON LLP

                                             _Brad S. Karp/JMS_
                                             Brad S. Karp
                                             Susanna M. Buergel
                                             1285 Avenue of the Americas
                                             New York, NY 10019
                                             212-373-3000

                                             *Counsel for Defendants*

                                             **SO ORDERED:** 5/31/13


                                             **U.S.D.J.**

2